**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Timmy Petarra<br>Kimberly Ann Petarra | CASE NO.: LA10-61317-EC |
| | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: January 10, 2011<br>TIME  11:00 am<br>PLACE: Sheraton Los Angeles Downtown Hotel<br>711 South Hope Street<br>ROOM: Redondo B - Ballroom Level<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  12/28/10**

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **TIMMY PETARRA**<br>**KIMBERLY ANN PETARRA** | CHAPTER: 13<br>CASE NUMBER: **LA10-61317-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 12/28/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/28/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

In re: **TIMMY PETARRA**
**KIMBERLY ANN PETARRA**

CHAPTER: 13

CASE NUMBER: **LA10-61317-EC**

## Service List

Acs/suntrust Bank
501 Bleecker St
Utica, NY 13501

ASCENSION CAPITAL GROUP INC
ATTN: CAPITAL ONE AUTO FINANCE DEPARTMENT
P O BOX 201347
ARLINGTON, TX 76006

ASCENSION CAPITAL GROUP, INC
ATTN: JP MORGAN CHASE BANK, NATIONAL ASSOC. DEPT
PO BOX 201347
ARLINGTON, TX 76006

ASSET ACCEPTANCE
PO BOX 2036
WARREN, MI 48090

BAC HOME LOAN SERVICING, L.P.
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICI
450 AMERICAN ST
SIMI VALLEY, CA 93065

BAC Home Loans Servicing
450 American St
Simi Valley, CA 93065

Capital One Auto Finance
3901 N Dallas Pkwy
Plano, TX 75093

CAPITAL ONE AUTO FINANCE
C/O ASCENSION CAPITAL GROUP
P O BOX 201347
ARLINGTON, TX 76006

Carecr/gemb
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

CHASE
PO BOX 15298
WILMINGTON, DE 19850

DOAN LAW FIRM, LLP
25401 CABOT ROAD, SUITE 119
LAGUNA HILLS, CA 92653

Foothill Federal C U
30 S 1st Ave
Arcadia, CA 91006

GCO ELF DEP LLC
ACS
P O BOX 22724
LONG BEACH, CA 90801

GEMB / HH Gregg
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Gemb/qvc
Po Box 971402
El Paso, TX 79997

| | |
|---|---|
| Harley Davidson Financial<br>Attn: Bankruptcy<br>P.O. Box 21850<br>Carson City, NV 89721 | HARLEY-DAVIDSON<br>HARLEY-DAVIDSON CREDIT CORP<br>BOX 15129<br>PALATINE, IL 60055-5129 |
| HARLEY-DAVIDSON CREDIT CORP.<br>PO BOX 829009<br>DALLAS, TX 75382-9009 | Kimberly Ann Petarra<br>4014 North Irwindale Ave<br>Covina, CA 91722 |
| Portfolio Rc<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | PROGRESSIVE MANAGEMENT<br>1521 W CAMERON AVE<br>1ST FLOOR<br>WEST COVINA, CA 91790 |
| Sams Club<br>Attention: Bankruptcy Department<br>Po Box 105968<br>Atlanta, GA 30353 | Timmy Petarra<br>Kimberly Ann Petarra<br>4014 North Irwindale Ave<br>Covina, CA 91722 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9013-3.1**